IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MAREN KIMMERLE                                                                    PLAINTIFF

v.                         CIVIL NO. 3:15-cv-3057-MEF

CAROLYN COLVIN, Commissioner
Social Security Administration                                                    DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff, Maren Kimmerle, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner"). ECF No. 1. On September 6, 2016, Plaintiff filed a Motion to Dismiss. ECF No. 7. Counsel has submitted a letter from the Plaintiff indicating that she no longer wishes to pursue her appeal. ECF No. 7-1. Instead, she requests that counsel concentrate on her subsequent application for benefits that is currently pending at the administrative level.

Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case with prejudice.

DATED this the 8th day of September, 2016.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE